IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Janet I. Morris, | : | |
| Plaintiff | : | Civil Action 2:10-cv-01163 |
| v. | : | Judge Graham |
| Anchor Hocking, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |
| | : | |

# ORDER

This matter is before the Magistrate Judge on the parties' March 19, 2012 stipulation extending the deadline for plaintiff to respond to defendant's motion for summary judgment (doc. 25). The parties may not stipulate to such an extension:

> **6.1 Extensions of Time to Move or Plead**
> (a) Each party to an action may obtain stipulated extensions of time not to exceed a total of twenty-one (21) days in which to file a motion in response to a pleading or any responsive pleading. This may be done by filing with the Clerk a written stipulation between the parties for such extensions, provided, however, that the aggregate time extended to any party for all extensions by stipulation during the action shall not exceed a total of twenty-one (21) days. A stipulation filed with the Clerk shall affirmatively state the new date for response agreed to by the parties and that no prior stipulated extensions to that party, together with the stipulated extension then filed, exceed a total of twenty-one (21) days. Neither the stipulation nor any Order to that effect need be submitted to the Court for such extensions. If no such stipulation is obtained, or if additional extensions beyond the stipulated periods are requested, the party desiring an extension must obtain the approval of the Court.

> (b) This Rule applies only to extensions of time to plead to a complaint, amended complaint, counterclaim, or comparable pleading. *It does not permit stipulated extensions of time to respond to Motions, Court Orders, or other deadlines. All extensions other than those permitted by this Rule must be upon motion.*

S.D. Ohio Civ. R. 6.1 (emphasis added). The Magistrate Judge will treat the stipulation as a motion for an extension of time, which is GRANTED. Plaintiff must file her response no later than April 6, 2012. Defendant must file its reply on or before April 20, 2012.

                                              s/ Mark R. Abel
                                              United States Magistrate Judge